**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1783**

———————

OSCAR L. WRIGHT,

Plaintiff - Appellant,

versus

GWALTNEY OF SMITHFIELD, LTD.,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Walter D. Kelley, Jr., District Judge. (2:06-cv-00312-WDK)

———————

Submitted: October 18, 2007      Decided: October 22, 2007

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Oscar L. Wright, Appellant Pro Se.  James Phillip Naughton, HUNTON & WILLIAMS, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oscar L. Wright appeals the district court's dismissal of his civil action alleging employment discrimination under Title VII of the Civil Rights Act and the Age Discrimination in Employment Act. We agree with the district court that Wright failed to provide evidence to support a claim that his firing was motivated by racial or age-based discrimination. Accordingly, we affirm for the reasons stated by the district court. See Wright v. Gwaltney of Smithfield, No. 2:06-cv-00312-WDK (E.D. Va. filed July 16, 2007 & entered July 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED